(79 South. 145)

SANDERSON v. STATE. (8 Div. 612.)

(Court of Appeals of Alabama. June 4, 1918.)

CRIMINAL LAW ☞1090(14) — MATTERS REVIEWABLE—BILL OF EXCEPTIONS.

In absence of a bill of exceptions court cannot intelligently pass upon charges refused, although made a part of record.

Appeal from Circuit Court, Limestone County; R. C. Brickell, Judge.

Peck Sanderson was convicted of crime, and he appeals. Affirmed.

F. Loyd Tate, Atty. Gen., for the State.

SAMFORD, J. In the absence of a bill of exceptions, the court cannot intelligently pass upon the charges refused to defendant, although made a part of the record. The record seems in all things regular.

Affirmed.